**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

American Automobile Association, Inc.,      No. C12-1207 JSC

    Plaintiff(s),

    v.      **ORDER OF DISMISSAL**

Edward L. DeMattia,

    Defendant(s).

_____/

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within thrity (30) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: October 5, 2012

                                                     _Jacqueline S. Corley_
                                                     Jacqueline Scott Corley
                                                     United States Magistrate Judge